```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JARED AUSTIN,                       :
a/k/a Derrick Cross,                :     CIVIL ACTION
                                    :     NO. 15-1597
          Petitioner,               :
                                    :
     v.                             :
                                    :
MICHAEL WENEROWICZ, et al.          :
                                    :
          Respondents.              :
```

**O R D E R**

**AND NOW**, this **12th** day of **December, 2016**, after reviewing the Report and Recommendation of United States Magistrate Judge M. Faith Angell (ECF No. 21) and Petitioner's objections thereto (ECF No. 22), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** as follows:

    1.   The Report and Recommendation (ECF No. 21) is **APPROVED** and **ADOPTED**;

    2.   Petitioner's objections to the Report and Recommendation (ECF No. 22) are **OVERRULED**;

    3.   The Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (ECF No. 1) is **DENIED** and **DISMISSED with prejudice**;

    4.   A certificate of appealability shall **NOT** issue; and

        5.    The Clerk of Court shall mark this case as **CLOSED**.

        **AND IT IS SO ORDERED.**

                                    <u>/s/ Eduardo C. Robreno</u>
                                    **EDUARDO C. ROBRENO, J.**